**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY WILSON,

               Plaintiff,               CASE NO. 07-CV-14657

-vs-                                         PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE
SEARS HOLDING CORPORATION,
RANDALL SCHAAF, and DALE
DAVIS,

               Defendants.
_____/

**ORDER DENYING
PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915(a)(1), **IT IS ORDERED** that the application is **DENIED**.

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 18, 2007

                                      CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 18, 2007.

                                                s/Denise Goodine
                                                Case Manager