UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON,

       Plaintiff(s),

v.

       CIVIL ACTION
       NO. **07-14657**
       HON. PAUL D. BORMANs

SEARS HOLDING CORP., et al.,

       Defendant(s).

_____/

## ORDER OF DISMISSAL

The plaintiff, having failed to answer the order to show cause as issued by the court on March 11, 2006, therefore;

**IT IS ORDERED** that the above matter be **DISMISSED WITHOUT PREJUDICE.**

       s/Paul D. Borman
       PAUL D. BORMAN
       UNITED STATES DISTRICT JUDGE

Dated: April 8, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 8, 2008.

       s/Denise Goodine
       Case Manager